IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| JOANNE ST PIERRE and THOMAS ST PIERRE, individually and on behalf of a class of those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SUPERVALU, INC., NEW ALBERTSON'S, INC., and AB ACQUISITION LLC, <br><br> Defendants. | No. 1:14-cv-13536-IT |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Joanne and Thomas St Pierre through undersigned counsel, hereby give notice that the above- captioned action is voluntarily dismissed, without prejudice against all Defendants.

Dated:  September 11, 2014          Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　  /s/ Joel Fleming
　　　　　　　　　　　　　　　　　　　　Joel A. Fleming (BBO# 685285)
　　　　　　　　　　　　　　　　　　　　Whitney E. Street (BBO# 677564)
　　　　　　　　　　　　　　　　　　　　Block & Leviton LLP
　　　　　　　　　　　　　　　　　　　　155 Federal Street, Suite 400
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts  02110
　　　　　　　　　　　　　　　　　　　　Tel:  (617) 398-5600
　　　　　　　　　　　　　　　　　　　　Fax:  (617) 507-6020
　　　　　　　　　　　　　　　　　　　　Joel@blockesq.com
　　　　　　　　　　　　　　　　　　　　Whitney@blockesq.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, as no attorney has yet entered an appearance on any Defendant's behalf, this document has been served by mail on Defendants' registered agents at the below addresses:

| | |
|---|---|
| Supervalu, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | New Albertson's, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |

AB Acquisition LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

| | |
|---|---|
| Dated: September 11, 2014 | /s/ Joel Fleming<br>Joel Fleming |